926

No. 399. DERECKTOR v. UNITED STATES. Court of Claims. Certiorari granted. *Seymour W. Miller* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 470. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *Henry C. Clausen* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Lester S. Jayson* for the United States.

No. 109. BEWLEY ET AL. v. HENDERSON. Court of Appeals of Kentucky. Certiorari denied. *Rodes K. Myers* for petitioners. *Marshall Funk* for respondent.

No. 458. PEREZ ET AL. v. TRIFILETTI ET AL. Supreme Court of Florida. Certiorari denied. *Morris P. Glushien* for petitioners. *Jeptha P. Marchant* and *Joseph A. Perkins* for respondents.

No. 471. BRASIER v. CITY OF LINCOLN ET AL. Supreme Court of Nebraska. Certiorari denied. *Herbert W. Baird* for petitioner.

No. 474. CALTEX (PHILIPPINES), INC. v. UNITED STATES. Court of Claims. Certiorari denied. *Leo T. Kissam, Albert E. Van Dusen* and *Henry J. Kiernan* for petitioner. *Solicitor General Sobeloff, Assistant Attor-*